**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1135**

_____

GERMAN JOSE CRUZ,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: October 27, 2009     Decided: December 15, 2009

_____

Before NIEMEYER, KING, and AGEE, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Patricia A. Brannan, Melissa N. Henke, HOGAN & HARTSON, LLP, Washington, D.C., for Petitioner. Tony West, Assistant Attorney General, Ernesto H. Molina, Jr., Assistant Director, Anthony P. Nicastro, Senior Litigation Counsel, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

German Jose Cruz, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals (Board) affirming the Immigration Judge's decision finding Cruz removable and denying his motion to suppress. We have reviewed the administrative record and Cruz's claims and find no error in the Board's decision. See Rusu v. INS, 296 F.3d 316, 320-22 (4th Cir. 2002). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Cruz (B.I.A. Jan. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED